No. A–244. JONES *v.* UNITED STATES. C. A. 10th Cir. Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 76–419. VERMONT YANKEE NUCLEAR POWER CORP. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 429 U. S. 1090.] Motion of respondents for leave to file a brief after argument granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.*

No. 76–709. BUTZ ET AL. *v.* ECONOMOU ET AL. C. A. 2d Cir. [Certiorari granted, 429 U. S. 1089.] Motion of respondents for leave to file a supplemental brief after argument granted.

No. 76–1471. FEDERAL COMMUNICATIONS COMMISSION *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;
No. 76–1521. CHANNEL TWO TELEVISION CO. ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;
No. 76–1595. NATIONAL ASSOCIATION OF BROADCASTERS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 76–1604. AMERICAN NEWSPAPER PUBLISHERS ASSN. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;
No. 76–1624. ILLINOIS BROADCASTING CO., INC., ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.; and
No. 76–1685. POST CO. ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 815.] Motion of the Solicitor General, on behalf of all private petitioners, the Federal Communications Commission, and respondents United States and National Citizens Committee, for additional time granted, and a total of one and one-half hours allotted for oral argument.

---

*See also second note, *supra,* p. 989.